# Court of Appeals
# of the State of Georgia

ATLANTA, April 23, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1521. DAWN HOWARD v. AMERICAN EXPRESS CENTURION BANK.**

American Express Centurion Bank filed a suit on account against Dawn Howard. The trial court granted summary judgment to American Express, awarding the principal amount of $2,312.49, costs of $227.50, and post-judgment interest. Howard appealed directly to this Court. We lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is [$10,000] or less, an application for discretionary appeal is required. [Cit.]" *Lightwerk Studios v. Door Units of Ga.*, 184 Ga. App. 148, 149 (361 SE2d 32) (1987); see also OCGA § 5-6-35 (a) (6). Inasmuch as the total judgment in favor of American Express is for less than $10,000, the entry of summary judgment provides no basis for a direct appeal in this case. See *Ca-Shar, Inc. v. McKesson Corp.*, 204 Ga. App. 865, 865-866 (420 SE2d 810) (1992). Accordingly, because Howard failed to follow the required procedure, this Court lacks jurisdiction to consider her appeal, and it is ordered DISMISSED. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/23/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*